UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

DONALD WILSON, and
RACHEL WILSON,
as guardians and next friends of E. W., a minor,

    Plaintiffs,

vs.                                                      Case No. 1:18-cv-00642

MONROE COUNTY BOARD OF EDUCATION,

    Defendant.

## **STIPULATION OF DISMISSAL**

    Plaintiffs Donald Wilson and Rachel Wilson (the "Plaintiffs"), and defendant Monroe County Board of Education (the "Defendant"), stipulate to the dismissal of this action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    Respectfully submitted this 12th day of June 2018.

| | |
|---|---|
| DONALD WILSON<br>RACHEL WILSON, | MONROE COUNTY<br>BOARD OF EDUCATION, |
| Plaintiffs, | Defendant, |
| BY COUNSEL: | BY COUNSEL: |
| /s/ Weldon Mark Burnette | /s/ Chip E. Williams |
| Weldon Mark Burnette, WV Bar 6408<br>MARK BURNETTE, P.A.<br>Post Office Box 2913<br>Ocala, Florida 34478<br>T:    (352) 512-9807<br>F:    (352) 512-9814<br>E:    mark.burnette@markburnettepa.com | Chip E. Williams, WVSB 8116<br>Jared C. Underwood, WVSB 12141<br>PULLIN, FOWLER, FLANAGAN<br>BROWN & POE, PLLC<br>T:    (304) 254-9300<br>F:    (304) 255-5519<br>E:    cwilliams@pffwv.com<br>       junderwood@pffwv.com |

## CERTIFICATE OF SERVICE

    I, W. Mark Burnette, hereby certify that a copy of the foregoing "Stipulation of Dismissal" has been served on defendant Monroe County Board of Education through the Court's electronic filing system to its counsel of record.

    Served this 12th day of June 2018.

                                                    /s/ Weldon Mark Burnette
                                                   _____
                                                   Weldon Mark Burnette